# YERMAN & JIA, LLC

| | | |
|---|---|---|
| 225 Broadway<br>Suite 1700<br>New York, NY 10007<br>Tel: 347.460.3588<br>Fax: 347.535.3588 | <br><br><br><br>www.yermangroup.com | 136-20 38th Avenue<br>Suite 3B<br>Flushing, NY 11354<br>Tel: 718.888.2221<br>Fax: 718.888.6870 |

October 21, 2016

**VIA ECF and FAX**: (212) 805-4268

Hon. Magistrate Judge Gabriel W. Gorenstein
U.S. District Court – Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:   *Maldonado v. El Aguila Lex, LLC et al.*
                Docket No. 1:15-cv-09306-AJN-GWG

Dear Judge Gorenstein,

This office represents defendants in the above-referenced action. Pursuant to the Court's October 25, 2016 order (Docket No. 84), counsel to the parties herein write jointly to update the court on steps taken with regard to settlement in this matter.

My office has been informed that, since October 25, 2016, defendant Pedro Matar has attempted to contact plaintiff to instruct plaintiff to contact plaintiff's counsel in order to finalize settlement of this matter. After leaving two voice mails and briefly corresponding by text, Mr. Matar spoke by telephone with plaintiff's wife on November 9, 2016, and instructed plaintiff's wife to have plaintiff contact plaintiff's counsel. Plaintiff's wife informed Mr. Matar that she would do so. Since then, neither plaintiff's counsel nor Mr. Matar have heard from plaintiff or his wife.

We thank the Court for its time and assistance in this matter.

                                                  Sincerely,

                                                  Matthew C. Heerde, Esq.
                                                  *Counsel for Defendants*

                                                  C.K. Lee
                                                  *Counsel for plaintiff*

cc: all parties, *via ECF*