LAW OFFICES OF
# MICHAEL K. CHONG LLC

1250 BROADWAY 36TH FL, SUITE 300
NEW YORK, NEW YORK 10001
**(212) 726-1104  FAX (212) 726-3104**
_____

WWW. MKCLAWGROUP.COM

| | | |
|---|---|---|
| MICHAEL K. CHONG ‡ | **FORT LEE:** | **HOBOKEN:** |
| _____ | **2 EXECUTIVE DRIVE, STE. 720** | **300 HUDSON STREET. STE. 10** |
| ‡ MEMBER, NJ BAR, U.S.D.C. NEW JERSEY | **FORT LEE, NEW JERSEY 07024** | **HOBOKEN, NEW JERSEY 07024** |
| SDNY, NEW YORK | **(201) 708-6675   FAX (201) 708-6676** | **(201) 203-7476   FAX (201) 708-6676** |
| EDNY, NEW YORK | | |
| U.S.C.A. 2ND CIRCUIT | *Please Reply to: FORT LEE* | **DIRECT DIAL: (201) 947-5200** |
| | | **EMAIL: MKC@MKCLAWGROUP.COM** |

January 19, 2017

_Via ECF; Total Pages: 1_
Honorable Gabriel W. Gorenstein, U.S.M.J.
U.S. District Court
500 Pearl Street
New York, NY 10007

     Re:    Maldonado et al v. El Aguila Lex, LLC et al
               Case No.: 1:15-cv-09306-AJN

Dear Judge Gorenstein:

This office formerly represented Defendants in the above referenced matter. Your Honor granted our application to withdraw as counsel on October 14, 2016. In our application to withdraw as counsel, one of the primary reasons was Defendants failure to pay their outstanding legal bill. A collection lawsuit has been filed, however, Defendants are seeking to evade process.

As this matter is still pending before Your Honor, I respectfully request in follow up to our motion to withdraw as counsel which Your Honor granted, that an in person conference is held where Defendants, and specifically the individual owners Pedro and Fernando Matar are required to appear to address this remaining issue. In the alternative, Pedro and Fernando Matar can agree to acknowledge service of the collection Complaint.

Thank you for your kind courtesies in addressing this matter.

Respectfully submitted,

_Michael K. Chong_

Michael K. Chong, Esq.

MKC/
cc: All counsel via ECF